Case 2:16-cv-00348-JAM-KJN Document 13-1 Filed 02/18/16 Page 1 of 4

**File Hashes for IP Address 73.162.9.38**

**ISP:** Comcast Cable
**Physical Location:** Vallejo, CA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/01/2016 23:33:15 | 6A51E79E7714B00A17E3A8C05663F98168228F53 | Spread Wide Open |
| 01/01/2016 23:31:45 | 26916FEABCACE3ACE8536D6C827511E68E8DCCC7 | Black Widow |
| 12/28/2015 00:53:52 | FF5D96473B2158BB2A6D3AEA6C16E7DD61D46311 | Dancing Romance |
| 12/28/2015 00:48:12 | CA05BEEA4160AA8CE6D40729CF807C9C83C10A99 | Infinite Luvv |
| 12/28/2015 00:40:52 | 35812C6E22A9606B0768AC51D7ADA2C487FC3225 | Tiny Seductress |
| 12/28/2015 00:27:42 | 2F4771020A9701851F7D58DDEC8A77D916B55650 | Exposed And Aroused |
| 12/28/2015 00:18:52 | 2A94E9CD7A286A29D404FD62368ED29C2EB97D3B | Two Fingers Deep |
| 12/28/2015 00:02:02 | 167DB87A8643905F8D773E220138523BEFF94029 | A Fucking Picnic |
| 12/28/2015 00:01:22 | B316C54EE507701A01CE9F283CEE6777871B71B7 | The Young and the Restless |
| 12/27/2015 23:47:42 | 69B6D1A68B1A224C813092B807703FC6BB52EFC3 | Hot Winter Fox |
| 12/27/2015 23:46:00 | 4367C8C13869B63FEAB49B757190B448D83678BE | X-art Unauthorized Pack 4367C8C |
| 12/27/2015 23:44:11 | 137D2AC45D2B7D690622CA9FCB18B0B214CF68F6 | Every Mans Sexy Camping Trip |
| 12/27/2015 22:08:12 | 39B21C904701AD988183CEEE4E3CA0D98FA5A76D | Make Me Cum |
| 12/27/2015 22:08:02 | 5EAC49891FE116E5287CE27BFCF024BFF8676674 | Breakfast in Bed |
| 12/27/2015 20:05:29 | 2DEEC4AEBA574E85225418E7AF3878EFE0A9F8B6 | A Night In Vegas |
| 12/10/2015 22:58:45 | D01D54EE3CCA3D37071B7A238B54166CDB1DCDE6 | A Deep Awakening |
| 12/10/2015 22:58:37 | 1D9012831B924E8B84863CF158E7BED1EE5E5D0B | My Blue Heaven |
| 07/12/2015 04:05:06 | C197C0702F46472EA69F407BCF709BE614DB5BD6 | Catching The Sun |
| 02/21/2015 04:30:54 | 1D96FA5BBD70A2E721FF3F5CFE344E3ECD063942 | Bring Me To My Knees |
| 02/21/2015 04:28:06 | FBC3E1D99BCA061464AE80BAE13EC938AE638AB3 | The Studio Part #2 |
| 02/21/2015 04:25:36 | BC6913AC12527828841169B894D4B3E625591672 | Good Night Kiss |
| 12/27/2014 02:43:53 | 1AC522C5FE11B932CFB6C8EE9F1A2AFEDF8447D2 | Never Better |

EXHIBIT A

ECA63

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/27/2014 01:34:55 | 81F77140FF765902F8F28A0C933FE951E895096F | Underwater Lover |
| 12/25/2014 15:48:57 | CF5197A08E2C700E18EB7071B9F7A581FA12CB66 | Romantic Memories |
| 12/23/2014 10:29:30 | D98574C77021488DA66072E23720D5CFB24D019A | Carry Me Home |
| 12/23/2014 10:09:42 | D33677809972FB0E07D88E8098768B50B8443B8B | Enjoy My Backdoor |
| 12/23/2014 09:51:00 | AAF28C239E7B01B9374E49EB85D1C2DF1B19390B | In Charge |
| 12/22/2014 07:44:39 | C9D8926D30F89D28F507496B3C0F6E5B05A33062 | I Love James Deen |
| 12/20/2014 21:47:31 | C5DF2D124F12CFD3119267D49C9969D6C6D2EBDC | Spellbound |
| 12/20/2014 17:32:04 | 917A316AA1D7A0A6FC5582E3071DB60BD93C3D87 | Without Words |
| 12/20/2014 17:30:25 | 1F3E41E60D2617B25A613E12D173A860F98B68AA | Rendezvous |
| 12/20/2014 03:05:47 | 58F8C5A6B042F5FE08B1290AEB0851DCC7476665 | No Turning Back Part #1 |
| 12/19/2014 16:43:15 | 4A6050127D2B5FF4AEFC4CF6A4704C906B8210AD | Breakfast At Eves |
| 12/19/2014 16:43:05 | 2937538C56FE26898B8E8277A93996EBF48B5043 | Another Night |
| 12/19/2014 15:43:11 | 9EDE355202FE5BD325E0EA8EA4FF58C2644EF183 | Be With Me |
| 12/19/2014 05:10:59 | 9E255FFC01382F1E75232DB192139A197904190D | Meet Me in Madrid |
| 12/19/2014 01:25:46 | 0BEE301C89217B04306BCF5DD3A6C019EB546AA9 | Risky Business |
| 12/18/2014 16:36:41 | 1093CE2D9F99F39AFA62657F4FD35621CE1C0DEC | Kacey Jordan Does Xart |
| 12/18/2014 03:45:58 | 342724D4099EA7DA6A4C5825DBDFA1A18884769F | Submissive Seduction |
| 12/18/2014 02:52:56 | 3C72C1965FC779FB34231AB4DD79D58BC19A3FC8 | A Perfect Match |
| 12/18/2014 00:54:45 | 3D1E25F6381E29ABC1ACD8D88D6461A378020D29 | Wake Me Up Like This |
| 12/17/2014 22:58:34 | 5C5754B5C8331B230119E97332848690BD0EB76F | Our Little Cum Cottage |
| 12/17/2014 15:04:04 | B389BE2507C73F191DB21437BD433ED59BF7D11A | Double Tease |
| 12/17/2014 13:34:16 | 0EB4D1D1979E69AA5CA4986105A80114852924A7 | Just Watch Part 2 |
| 12/17/2014 13:30:34 | F964D2AC70B9909EF3FDF510F782584EE91C6BAD | Russian Connection |
| 12/17/2014 10:04:35 | E701CAB5BCC8126DEB85DFE019E2E6168124B60E | Tie Her Up For Me |
| 12/17/2014 09:50:35 | 15B689427E06BE311A1AE40BCD69F35CC5B81619 | Epic Love |

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/17/2014 08:20:16 | 9A891996B937D92CF7AA0B88D527D1879A97E3E4 | Blindfold Me Baby |
| 12/17/2014 08:03:24 | 5BE4AAB97C60E2E8A4E53341D5CB11580B43031B | Why I Love Czech Girls |
| 12/17/2014 07:42:44 | DC7E770FC251AC0BDFAA55FD15D0A237757B865C | Sunset Memories |
| 12/17/2014 07:28:44 | BFF1C09C95AAFBD0EC51A03D5F9E824E5B0EA189 | Sexy and Wild |
| 12/17/2014 06:32:34 | 6FA026E04036D9CE7F757AFA7144293DA88B4571 | I Am In the Mood |
| 12/17/2014 06:11:45 | EF663D206331C330BDBAD60DE59F75F1315A293D | Elevated Erotica |
| 12/17/2014 06:05:55 | 6B534D9734BE61DE03586B41D188594BBBB3B425 | Summertime |
| 12/17/2014 05:51:16 | 4A5E92C8F914961D338FEA605B5250C5DC0D17E2 | Too Hot To Handle |
| 12/17/2014 05:50:35 | 2FEA13D7C3DFE66DE48B9FC3736630556409FD77 | I Want You To Watch Me |
| 12/17/2014 05:38:05 | B5F26588AEB0D9630B3B25EC2EB6D26DF65DA42E | A Dream Of You |
| 12/17/2014 04:45:35 | 3B1D09F3AAF72466AA37EB0930F8F210D6269FFE | Dripping Desires |
| 12/17/2014 04:42:06 | 722B5933BE86BB7F28E31F9F4FE0DBD465DE65A8 | Serving Seduction |
| 12/14/2014 06:38:42 | 1A013D0D88336D3A744520EDE12BA889EE889B33 | Falling For You |
| 12/14/2014 06:25:02 | 744E932A87E5CE2A97E8DE89F820BF73C004B599 | Summertime Lunch |
| 12/14/2014 06:05:12 | D75FB1C1E2D9C9761F6B8A27A820E58089649D33 | Only The Lonely |
| 12/14/2014 05:34:52 | D77C37D7FA6945FAA7FF3CD5EE7E318FE8024216 | Sex With Glasses |
| 12/14/2014 05:03:54 | 6C0FF0E4E9B1458775384E762686DDFB5B250F81 | Highrise Rendezvous |
| 12/14/2014 05:02:32 | 044524A66305103FA9738CA2C42C19C32DB5F1A5 | Warm and Fuzzy |
| 12/14/2014 04:16:13 | 25F2DAF25233E24FE144E15EF29EDDD2E93A158C | Blonde Perfection |
| 12/14/2014 03:38:42 | C0B86C1460607B1E0A920ED2A097B430E6C58471 | Double Oh Heaven |
| 12/14/2014 03:32:50 | 6CA5F002A486212AD9A0E265E6C0AFE4A3A2E681 | Chloe Loves Carl Part 2 |
| 12/14/2014 03:19:32 | E831A89E2D4F31484BA5A262CF963D9A7F414765 | Light My Fire |
| 12/14/2014 02:41:31 | 26A0AC8959D02A7664DD617250DFCB3066A48F53 | Je Mappelle Belle |
| 12/14/2014 02:39:01 | D5ABE1D926E20F257D3ECF003F28A733C2801684 | Forever You Part #2 |
| 12/14/2014 02:36:21 | 84C5E1CE642BF837D12E74FFAC74845FD0667ED6 | Under My Blanket |

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/14/2014 02:30:22 | 15500239961B397F15EB325A5A6B061481766E9A | First Time |
| 12/14/2014 02:25:31 | 6441A805D07567E8208AB18F2A8467FACE02C507 | I Want You To Want Me |
| 12/13/2014 02:27:31 | 88880BA49BE6AECD218F30F515D301C1527CF1D2 | Fuck Me More |
| 12/13/2014 02:15:21 | 63FC12CDDF5DBE0304B7EBD6AC3B0435D01B358C | For Your Eyes Only |
| 12/13/2014 02:09:02 | 56B890DBF45818C57D350DFCE7A9F33615B24F6E | My Naughty Girl |
| 12/13/2014 02:00:23 | F3C42A1DA3AB954C4FF8BACE354EA85BF6E5C277 | Do Me Darling |
| 12/13/2014 01:57:13 | 1390FF0BBB9D66CCE99CEC4F2B1D3404F0E730FA | Sparks |
| 12/11/2014 23:56:48 | 7B3BD6CB04B4820C3BB3A3716B5B55F02FB89EBF | Cum In Get Wet |
| 12/11/2014 23:30:48 | DE24C3F03A30E1E0E3D7A2B66D4885E4A80D7549 | Still Mine |
| 12/03/2014 21:56:21 | 3B20BDCD57E98A0FBECB612F60D7057D9BDAC50C | Tight and Wet |

**Total Statutory Claims Against Defendant: 131**