Thomas A. Pedreira (No. 106169)
Lybeck Pedreira & Justus, PLLC
7900 SE 28th St., Suite 500
Mercer Island, WA 98040
Ph. 206-687-7805
Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**SUSANA BAPTISTA,**<br><br>Defendant. | Case No. 2:16-cv-00348-JAM-KJN<br><br>AFFIDAVIT OF SUSANA BAPTISTA |

I, Susana Baptista, hereby swear, certify and affirm that that:

1. I am over the age of 18 years old and am a resident of the State of California, residing in Vallejo, California. I have personal knowledge of the facts herein, and, if called as a witness, could testify competently thereto.

2. In November 2016, a process server handed me some papers related to this lawsuit. I now understand that these papers included a summons and complaint which required that a formal response be filed with the Court. However, at the time I was

served I did not fully appreciate or understand that I was actually being sued in the U.S. District Court. When the summons and complaint were delivered the process server did not specifically state that there was an actual lawsuit that must be responded to by a certain time. I had never been involved in a lawsuit before, and I was not familiar with court procedures. I did not speak with an attorney about the case until much later.

3. Prior to receiving these legal papers, I had received a demand letter from an attorney for Malibu Media, LLC alleging that I had committed copyright infringement of many pornographic films. The letter stated that I was liable for very significant amounts of money damages, and suggested that I should "settle" these claims by paying money to Malibu Media.

4. I did not commit the copyright infringement as alleged. I never downloaded or uploaded Malibu Media's pornography. I have no interest in viewing Malibu Media's pornography.

5. Knowing that that the allegations of Malibu Media were untrue, I dismissed the demand and the lawsuit papers I later received as completely baseless and nothing more than some type of fraudulent scheme to obtain illegitimate settlement money from me. I simply thought it was a scam, and not a real lawsuit.

6. More recently, I received legal papers indicating that a hearing date was scheduled for a motion for default judgment by Malibu Media. Only then did I consult an

attorney, who explained to me that I was involved in an actual lawsuit that was not a scam. I then realized the gravity of the situation.

7. I apologize to the Court for not earlier understanding the lawsuit and formally responding the summons and complaint. I did not intend to cause delay to Malibu Media or interfere with the Court's administration of this case. However, because I have a true defense to the allegations of the lawsuit, I urge the Court to not enter a default judgment against me.

I declare under penalty of perjury that the foregoing is true and correct.

Susana Baptista

Subscribed and sworn to (or affirmed) before me this _____ day of February, 2017, by ______________________________________, proved to me on the basis of satisfactory evidence to the person who appeared before me.

______________________________

Notary Public

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT** **CIVIL CODE § 1189**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of Solano )

On Feb 23, 2017 before me, Erika Lopez, Notary Public,
*Date* *Here Insert Name and Title of the Officer*

personally appeared Susana Baptista
*Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

ERIKA LOPEZ
Commission # 2139151
Notary Public - California
Solano County
My Comm. Expires Jan 3, 2020

Signature ______
*Signature of Notary Public*

*Place Notary Seal Above*

**OPTIONAL**

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: ______ Document Date: ______

Number of Pages: ______ Signer(s) Other Than Named Above: ______

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: ______
☐ Corporate Officer — Title(s): ______
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: ______
Signer Is Representing: ______

Signer's Name: ______
☐ Corporate Officer — Title(s): ______
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: ______
Signer Is Representing: ______

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5907