Henrik Mosesi, Esq. (SBN: 189672)
**Law Offices of Henrik Mosesi**
433 N. Camden Dr., 6th Floor
Beverly Hills, CA 90210
Tel.: 310-734-4269
Fax: 310-734-4053
henry@mosesi.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA'
# SACRAMENTO

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SUSANA BAPTISTA,<br><br>Defendant. | Case Number: 2:16-cv-00348-JAM-KJN<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff Malibu Media, LLC's and Defendant Susana Baptista's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant Susana Baptista's claims against each other are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

3. This case is closed for administrative purposes.

SO ORDERED this 5th day of July, 2017.

/s/ John A. Mendez_____
**UNITED STATES DISTRICT COURT JUDGE**